May 9, 2003

The Honorable J. Frederick Motz
United States District Judge
United States District Court for
 the Distract of Maryland
Northern Division
101 West Lombard Street
Baltimore, Maryland 21201

  Re: Status Report: <u>Aaron Richmond, et. al v. Maryland State Department of Education, et. al</u>, Civil No. JFM-02-3052

Dear Judge Motz:

 Pursuant to your Scheduling Order of January 10, 2003, Defendants Maryland State Department of Education and Nancy Grasmick, Superintendent, ("Defendants") hereby state:

 1. The parties are actively engaged in settlement discussions. Neither party served requests for discovery. Defendants believe discovery is completed.

 2. Defendants believe no motions are currently pending before the Court.

 3. Defendants intend to file a Motion for Summary Judgment in this case by June 12, 2003, if the case is not settled by that date.

 4. Defendants request a non-jury trial in this case. Defendants estimate that one day would be needed for trial.

 5. The parties met to discuss settlement on April 14, 2003. Mr. Mark Martin, Plaintiffs' counsel and undersigned Defendants' counsel participated. Defendants gave Plaintiffs a written offer of settlement at that meeting. Plaintiffs have not yet responded to Defendants' offer.

 6. Defendants believe it would be helpful for a settlement conference to be scheduled, preferably prior to filing of dispositive motions.

May 9, 2003
Page 2

    7.  Defendants consent to the assignment of this matter to a U.S. Magistrate Judge pursuant to 28 U.S.C. §636(c).

    8.  Defendants know of no other matter that should be brought to the Court's attention at this time.

                                     Respectfully submitted,

                                     Elliott L. Schoen
                                     Assistant Attorney General

                                   Counsel for Defendants
                                   Maryland State Department
                                      of Education
                                   Nancy Grasmick, Superintendent

cc: Counsel of record