UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 12, 2003

Memo To Counsel Re: Aaron Richmond, et al. v. Maryland State Department of Education, et al.
Civil No. JFM-02-3052

Dear Counsel:

I am in receipt of Mr. Schoen's letter of May 9, 2003.

I ask Mr. Martin to advise me as soon as possible if he agrees with Mr. Schoen that it would be helpful for a settlement conference to be scheduled, preferably prior to filing of dispositive motions. If so, I will have the case referred to one of the magistrate judges for the purpose of holding a settlement conference and suspend the dispositive motions deadline in the interim.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge