LAW OFFICES OF

# MARK B. MARTIN, P.A.
ONE N. CHARLES STREET, SUITE 1215
BALTIMORE, MARYLAND 21201
(410) 779-7770
Facsimile: (410) 576-9391
e-mail: mmartin@markmartinlaw.com

<u>Bar Admissions</u>
Maryland
New York

May 12, 2003

The Honorable J. Frederick Motz
United Sates District Court for
The District of Maryland
101 W. Lombard Street, Room 510
Baltimore, Maryland 21201

    Re:    *Aaron Richmond et al. v. Maryland State Department of Education, et. al.*
            *Civil No.: JFM-02-3052*

Dear Judge Motz:

Please accept this letter as a status report in the above-referenced matter and response to your Memorandum earlier today:

1. The parties have been actively engaged in settlement discussions during the pendency of this matter. As part of those discussions, Plaintiffs deferred discovery and naming of experts pending negotiations. On April 14, 2003, counsel for the parties met and the undersigned proposed filing a request with this court to extend the discovery and expert disclosure dates 90 days. Mr. Schoen had no objection to that suggestion. Please accept this letter as that request, to extend the scheduling deadlines 90 days. If negotiations are not successful, Plaintiffs anticipate discovery as discussed at the initial conference.

2. Aside from the above request, there are no motions pending before this court.

3. Plaintiffs concur with the suspension of the dispositive motions deadline as outlined in the court's memorandum earlier today.

4. Plaintiffs anticipate two days would be required for trial.

5. Plaintiffs agree with Defendants description of settlement discussions.

6. Plaintiffs agree to a settlement conference in this matter.

The Honorable J. Frederick Motz
Mary 12, 2003
Page 2 of 2

    7.    Plaintiffs consent to the assignment of this matter to a U.S. Magistrate Judge pursuant to 28 U.S.C. §636(c).

Thank you for your attention to his matter. If you have any questions, please do not hesitate to contact me.

                                    Respectfully submitted

                                    Mark B. Martin

cc:    Mr. & Mrs. Richmond
       Elliott L. Schoen, AAG