## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 14, 2003

Memo To Counsel Re: Aaron Richmond, et al. v. Maryland State Department of
Education, et al.
Civil No. JFM-02-3052

Dear Counsel:

I am in receipt of Mr. Martin's letter of May 12, 2003.

The discovery deadline, the expert disclosure deadline, and the dispositive motions deadline are all hereby suspended pending a settlement conference.  In the event that the conference fails, the deadlines will each be extended by 90 days.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge