LAW OFFICES OF

# MARK B. MARTIN, P.A.
ONE NORTH CHARLES STREET, SUITE 1215
BALTIMORE, MARYLAND 21201
(410) 779-7770
Facsimile: (410) 576-9391
e-mail: mmartin@markmartinlaw.com

<u>Bar Admissions</u>
Maryland
New York

November 4, 2003

**<u>Via Electronic Filing and First Class Mail</u>**
Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court of Maryland
101 W. Lombard Street, Rm. 8B
Baltimore, Maryland 21201

    Re:    *Aaron Richmond v. Maryland State Department of Education*
              Civil Action No.: JFM-02-3052

Dear Judge Grimm:

    Enclosed please find the settlement agreement reached by the parties in mediation with you on July 8, 2003. That agreement included the continuing jurisdiction of the court and, thus, requires a judicial signature. I have sent via first class mail the original of this document for signature and filing. Please accept my apologies for the delay in getting this document to you; I was under the impression that it had already been forwarded to you by my office.

    Thank you for your attention to this matter. If you require any further information, please do not hesitate to contact me.

                                        Very truly yours,

                                        Mark B. Martin

cc:    Mr. and Mrs. Richmond
        Elliot Schoen, Esq. (via electronic filing)