02-3052

## AGREEMENT AND RELEASE

THIS AGREEMENT AND RELEASE is executed this ___th day of July, 2003, by and between Aaron Richmond, ("AR") a minor, by and through his mother and next friend Jill Richmond ("Plaintiffs") and the Maryland State Department of Education, Division of Special Education/Early Intervention Services. ("DSE/EIS"). In consideration of the promises and agreements contained herein, and other good and valuable considerations, the receipt of which is hereby acknowledged, the parties, intending to be legally bound, agree as follows:

DSE/EIS will continue to support the Graduate Certificate Program in Education of Students with Visual Impairments at John Hopkins University ("JHU") and similar programs in existence (i.e., Pennsylvania College of Optometry Program for Maryland Teacher of the Visually Impaired). DSE/EIS represents that funding at present exists for the JHU program for 3 years. Subject to availability of state/federal funding, DSE/EIS funding for the JHU program will continue as long as a projected shortfall for vision impaired teachers.

2.    A new position within DSE/EIS will be created from existing MSDE personnel resources and an individual will be designated whose duties will include:

a)    develop a mechanism to provide vision services ("VS") to students when local school systems ("LSS") have no VS persons available or resources to provide VS services (i.e., unable or unwilling to do so);

b)    develop a mechanism to increase recruitment and retention of VS instructors such as advertising, technical assistance and the creation of incentives (including efforts within the Maryland legislature);

c)    develop resources and technical assistance for LSS relating to VS.;

d)    report progress in the activities described in paragraphs 1 and 2 of this agreement to Plaintiffs on a six month cycle commencing from the execution of this agreement while the court maintains jurisdiction of this Agreement.

3.    DSE/EIS will pay $5,000.00 to Plaintiffs for attorney's fees.

4.    Plaintiffs intend to initiate a "formal complaint" pursuant to COMAR 13A.05.01.15A to DSE/EIS pertaining to concerns about AR's special education program and the provision of a Free Appropriate Public Education ("FAPE") in Calvert County Public Schools subsequent to February 15, 2002, the date of the request for due process hearing.

5.    The United States District Court for the District of Maryland will continue to have jurisdiction for 3 years for enforcement, including ADR, if a dispute arises concerning fulfillment of this Agreement.

6.    Plaintiffs will dismiss with prejudice complaint JFM-02-3052 on execution of this Agreement and Release.

7.    This Agreement and Release is not intended to be and shall not be construed as an admission of fault by either party with regard to any events or occurrences prior to this Agreement and Release.

8.    This Agreement and Release constitutes the entire agreement between Plaintiffs and DSE/EIS, and there are no representations, warranties, understandings or commitments except as herein provided. This agreement supersedes any and all prior and contemporaneous agreements, statements, promises, understandings, negotiations, or inducements which may have been made by either party hereto.

9.    Plaintiffs and Defendants agree that they have been represented by an attorney

2

throughout the negotiations leading to and including the execution of the Agreement and Release; that they understand and accept each of its provisions; and that each party freely, knowingly, and voluntarily entering into this Agreement and Release.


IN WITNESS WHEREOF, the parties hereto have executed this Agreement and Release on the date written above.

Maryland State Department of Education

Jill Richmond                    Date  7/24/03          Carol Ann Baglin          Date  7/29/03
Plaintiff                                                Assistant State Superintendent


Mark Martin, Esq.       Date  7/25/03          Elliott L. Schoen          7/30/03
Plaintiffs' Counsel                             Assistant Attorney General


District Court Judge       Date  June 5, 2003

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 NOV -6  P 2: 32

3